# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACE A. HIEBERT,<br><br>　　　　　Defendant. | No.  3:20-po-0284 DMC<br><br>**ORDER** |

This matter came on for hearing on June 15, 2021, on the arrest warrant [Doc. 9] issued for the arrest of defendant Jace A. Hiebert for his failure to surrender for service of sentence pursuant to Judgment [Doc. 8] issued on March 11, 2021.  The Court finds it appropriate to recall the arrest warrant and reset the date for defendant to self surrender to the United States Marshal's Service.

IT IS HEREBY ORDERED:

1. The arrest warrant [Doc. 9] is recalled; and
2. Defendant is ordered to self surrender to the United States Marshal's Service, 501 I Street, Sacramento, California, on July 16, 2021, at 3:00 p.m.

Dated:  June 16, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1